**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  05-cr-00425-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2.  JOSHUA HALL, and
4.  AARON R. BOWEN,

      Defendants.

**ORDER RESOLVING AND MANAGING PRETRIAL MOTIONS**

**Blackburn, J.**

Numerous pretrial motions have been filed.  Among these pretrial motions are two motions to suppress that require an evidentiary hearing, *see* [#158] and [#81]. The other motions are ripe for ruling. The pretrial motions that are ripe may be and have been resolved on the extant record, including the reasons stated, arguments advanced, and authorities cited by the parties in their papers, without further briefing, evidentiary hearing, or oral argument. Thus, the following orders are issued 1) to resolve those motions that are ripe; and 2) to provide for hearing of those motions that require it.

**THEREFORE, IT IS ORDERED** as follows:

| Item No. | Dkt. No. | Motion Title | Date Filed | Action |
|---|---|---|---|---|
| 1 | 163 | Defendant Bowen's **Motion to Join Motions Filed by Co-Defendant** | 6/2/06 | **Granted** |

| 2 | 162 | **Defendant Joshua Hall's Motion for a Pretrial Hearing Concerning the Admissibility of Evidence Offered Pursuant to Fed.R.Evid. 404(B)** | 6/2/06 | **Denied as Moot** based on the representations of the government in its response [#172]. |
|---|---|---|---|---|
| 3 | 161 | **Defendant Joshua Hall's Motion for Discovery of Scientific Testing and Expert Witness Information** | 6/2/06 | Subject to and governed by the extant **Discovery Conference Memorandum and Order** [#108] entered 5/2/06 (*See* 3-4, ¶¶ 7 & 8, and ¶ V(B)). |
| 4 | 160 | **Defendant Joshua Hall's Motion for Disclosure of the Government's Intention to Introduce Evidence Pursuant to F.R.E. 801(D)(2)(E), Request for a Pretrial Hearing Concerning the Admissibility of Such Evidence, and Motion for Impeaching Information Concerning Declarants** | 6/2/06 | **Granted in part** and **Denied in part**: **Granted** commensurate with the government's response [#170], but **Denied** as to the request for a pretrial *James* hearing. |
| 5 | 156 | **Defendant Joshua Hall's Motion for Severance** | 6/2/06 | **Denied** for the reasons stated, arguments advanced, and authorities cited by the government in its response [#166]. |
| 6 | 157 | **Defendant Joshua Hall's Motion in Limine Concerning the Nature and Extent of the Victim's Injuries** | 6/2/06 | **Denied** for the reasons stated, arguments advanced, and authorities cited by the government in its response [#167]. |
| 7 | 159 | **Defendant Joshua Hall's Motion for Additional Discovery** | 6/2/06 | Defendants have been provided *pro tanto* the discovery to which they are entitled under Rule 16, as codified and construed, and under ***Brady, Bagley, Giglio***, and their progeny. No discreet or specific discovery violations are alleged. Therefore, the motion is **Denied** as moot. |
| 8 | 158 | **Defendant Joshua Hall's Motion to Suppress Statements Obtained by Law Enforcement** | 6/2/06 | |

3

| 9 | 81 | Defendant Bowen's **Motion to Suppress Statements** | 4/2/06 | |

Dated September 21, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**