**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No. 05-cr-00425-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. JOSHUA J. HALL, and
4. AARON R. BOWEN,

    Defendants.

## ORDER PRESCRIBING JURY SELECTION PROTOCOL

**Blackburn, J.**

    Attached is a **Juror Selection Protocol** approved for use in the trial of this case.

    **THEREFORE, IT IS ORDERED** that the attached **Juror Selection Protocol** shall be used by the court and the parties in the trial of this case.

    Dated December 5, 2006, at Denver, Colorado.

    **BY THE COURT:**

    **s/ Robert E. Blackburn**
    **Robert E. Blackburn
United States District Judge**