# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 05-cr-00425-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. JOSHUA HALL,

    Defendant.

## MINUTE ORDER[1]

    Due to a conflict arising on the court's calendar, the jury trial of 06-cr-00189-REB *USA v. Lameman* taking place in Durango, Colorado, the sentencing hearing previously set in this matter for March 9, 2007, is **VACATED**. The court shall conduct a telephone conference call on **March 6, 2007**, at 10:00 a.m. in order to reset this matter for sentencing. Counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

Dated: February 27, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.