**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 05-cr-00425-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. JOSHUA HALL,

    Defendant.

---

**MINUTE ORDER[1]**

---

With the consent of the parties, the sentencing hearing for the above captioned defendant is set for **May 4, 2007**, at 10:00 a.m. The U.S. Marshal shall assure the defendant's appearance for this hearing.

Dated: March 6, 2007

-------------------------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.